UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RHONDA SWINNEY,          )<br>                                                )<br>    Plaintiff,                            )<br>                                                )<br>        v.                                   )<br>                                                )<br>ILLINOIS STATE POLICE,  )<br>                                                )<br>    Defendant.                       ) | Case No.  06-cv-644-JPG |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is granted in favor of defendant Illinois State Police and against plaintiff Rhonda Swinney on all claims in this case and that this case is dismissed with prejudice.

**DATED:  June 9, 2008**                                      **NORBERT JAWORSKI**

                                                                                **By:s/Deborah Agans,**
                                                                                **Deputy Clerk**


**Approved:**     s/ J. Phil Gilbert
                        **J. PHIL GILBERT**
                        **DISTRICT JUDGE**